IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE ANTONIO PEROZA-BENITEZ | : | CIVIL ACTION |
| v. | : | NO. 10-3684 |
| RAYMOND LAWLER, *et al.* | : | |

### **ORDER**

AND NOW, this 2nd day of March 2011, upon consideration of the Petition for Writ of Habeas Corpus (the "Petition") (Doc. No. 4) and the Report and Recommendation filed by Chief United States Magistrate Judge Thomas J. Rueter (Doc. No. 10), and after an independent review of the pertinent record, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Rueter is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus is DENIED.

3. A certificate of appealability is **not** granted.

BY THE COURT:

*/s/ Joel H. Slomsky*
JOEL H. SLOMSKY, J.