IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE ANTONIO PEROZA-BENITEZ | : | CIVIL ACTION |
| v. | : | |
| RAYMOND M. LAWLER, et al. | : | NO. 10-3684 |

## ORDER

AND NOW, this 23rd day of September 2011, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 4), the Answer to the Motion for Writ of Habeas Corpus (Doc. No. 7), Chief Magistrate Judge Thomas J. Rueter's Report and Recommendation (Doc. No. 10), the Court's Order approving and adopting Judge Rueter's Report and Recommendation (Doc. No. 11), Petitioner's Objection to the Report and Recommendation (Doc. No. 12), and the pertinent state court record, it is ORDERED that:

1. The Court's Order approving and adopting Judge Rueter's Report and Recommendation (Doc. No. 11) is AFFIRMED.

2. Petitioner's Objection to the Report and Recommendation (Doc. No. 12) is DISMISSED.

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.